## STATE OF CONNECTICUT *v.* TANIA THOMAS

The defendant's petition for certification for appeal from the Appellate Court, 110 Conn. App. 708 (AC 27797), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Darcy McGraw*, special public defender, in support of the petition.

*Christopher T. Godialis*, supervisory assistant state's attorney, in opposition.

Decided November 24, 2008